UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>GUADALUPE MERAZ,<br><br>                    Defendant. | Case No. 4:12-cr-00020-BLW<br><br>**ORDER** |

The Court has before it the Government's Motion to Deposit Funds in an Interest-Bearing Account (Dkt. 484). Good cause appearing, the Court will grant the motion.

**ORDER**

**IT IS ORDERED:**

1. The Government's Motion to Deposit Funds in an Interest-Bearing Account (Dkt. 484) is **GRANTED**.

2. The Clerk of Court shall invest the sum of $115,000.00 received on August 23, 2013, represented by Stewart Title of California's Check #730214844, dated August 21, 2013, in the Court Registry Investment System ("CRIS"), which is administered by the Administrative Office of the United States Courts under 28 U.S.C. § 2045, and said funds to remain invested pending further Order of the Court.

3. The Administrative Office of the Courts is authorized and directed by this Order to deduct the investment services fee for the management of investments in the CRIS and the registry fee for maintaining accounts deposited with the Court.

4. Counsel presenting this order shall personally serve a copy thereof on the Clerk of Court or his or her financial deputy.

DATED:  **August 27, 2013**

B. LYNN WINMILL
Chief U.S. District Court Judge

**ORDER - 2**